600 A.2d 1256

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Robert Michael MATESIC, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 29, 1992.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is granted. The case is remanded to the Court of Common Pleas for an evidentiary hearing and adjudication of the allegations of ineffective assistance of counsel raised in the Petition for Allowance of Appeal.

Jurisdiction relinquished.